1028

No. 611, Misc. JIMENEZ v. CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, and *Daniel J. Kremer* and *Edsel W. Haws,* Deputy Attorneys General, for respondent.

No. 655, Misc. ARMWOOD v. BROUGH, WARDEN. C. A. 4th Cir. Certiorari denied. *Arnold M. Weiner* for petitioner. *Robert C. Murphy,* Attorney General of Maryland, and *Robert F. Sweeney,* Deputy Attorney General, for respondent.

No. 668, Misc. BROWN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 673, Misc. THIBODEAU v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wilfred C. Varn* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.

No. 707, Misc. GANN v. ARIZONA ET AL. Sup. Ct. Ariz. Certiorari denied. Petitioner *pro se. Darrell F. Smith,* Attorney General of Arizona, and *James S. Tegart,* Assistant Attorney General, for respondents.

No. 725, Misc. MOORE v. GEORGIA. Ct. App. Ga. Certiorari denied. *Edward S. White* for petitioner. *Lewis R. Slaton* and *J. Walter LeCraw* for respondent.

No. 932, Misc. CAMPBELL v. FREEMAN, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied.